UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TAMERA KEARNS and
JOHN KEARNS                                                              PLAINTIFFS

v.                                                    Civil No. 3:17-cv-00223-GHD-RP

KEITH KITE and
MAX HERRING                                                             DEFENDANTS

---

## JUDGMENT

A jury tried this case with the undersigned judge presiding, and the jury rendered a verdict on May 1, 2019.

In accord with the verdict rendered in this case, judgment is hereby entered in favor of the Plaintiff Tamera Kearns against Defendant Keith Kite in the amount of $10,000.00, plus post-judgment interest at the rate of 2.43% per annum, along with costs. Further, and in accord with the verdict rendered in this case, judgment is hereby entered in favor of the Plaintiff Tamera Kearns against Defendant Max Herring in the amount of $15,000.00, plus post-judgment interest at the rate of 2.43% per annum, along with costs.

In accord with the verdict rendered in this case, judgment is hereby entered in favor of the Plaintiff John Kearns against Defendant Keith Kite in the amount of $2,500.00, plus post-judgment interest at the rate of 2.43% per annum, along with costs. Further, and in accord with the verdict rendered in this case, judgment is hereby entered in favor of the Plaintiff John Kearns against Defendant Max Herring in the amount of $3,750.00, plus post-judgment interest at the rate of

1

2.43% per annum, along with costs.

SO ORDERED, on this the ___2ⁿᵈ___ day of May, 2019.

_____
SENIOR U.S. DISTRICT JUDGE

2